could be, or in fact was rendered upon it. 2d. That as no costs were found by the jury, the justice was not warranted in giving judgment for any.

*Sanford*, for the plaintiff.

*Bogert*, contra.

*Per Curiam.* On the second point it is unnecessary to say any thing. The jury need not find costs ; they are given by the statute, wherever damages are found. But the judgment must be reversed ; without any law, none could be given on such a verdict; it is a nullity and could not be the basis of any judgment.* In that which is now rendered, the justice is obliged to reject the verdict, for there is no judgment as to the mill. It is for costs only, and if carried into effect, there could be no levy for the verdict. There is no such currency as the sum given.

\* See *Finch's Law*, 29. *Shore* v. *Thomas*, *Noy Rep.* 4. Contra. *Marsham* v. *Buller*, 2 *Roll. Rep.* 21. *Vide* also 2 *Bos. & Pull.* 36. *Governor*, &c. of *Harrow School* v. *Alderston.*

*Mathew Cod et ux.* v. *Richard Harison and others.*

IT was ruled, that in partition the practice is the same, when unopposed, as in other cases, and, therefore, only the notice and affidavit of service, need be read.

*James Jackson, ex. dem. Peter Waggoner and others,*
v. *James Murphy.*

EMOTT, moved for a rule, ordering the lessors of the plaintiff to permit a survey to be taken by the defendant of the boundaries, and marked trees of a patent under which he claimed, on an affidavit stat-